### 17916.   MONCRIEF *et al v.* THE STATE.

BLOODWORTH, J.   The motion for a new trial contains only the usual general grounds and grounds merely elaborating those grounds.   "The evidence was sufficient to authorize the jury to infer that the criminal act of violence set out in the indictment was committed by the accused in pursuance of a common intent; and, in the absence of complaint of any error of law, the conviction for riot must be sustained."   *Grier* v. *State*, 11 *Ga. App.* 767 (2) (76 S. E. 70).   The principle announced in the foregoing ruling is controlling in this case.   See also *Walker* v. *State*, 17 *Ga. App.* 525 (87 S. E. 711); *Lewis* v. *State*, 2 *Ga. App.* 659 (58 S. E. 1070); *Jemley* v. *State*, 121 *Ga.* 346 (49 S. E. 292).

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
> DECIDED APRIL 12, 1927.

Riot; from Lanier superior court—Judge Highsmith.   December 22, 1926.

*M. E. Johnson, W. D. Buie,* for plaintiffs in error.

*H. C. Morgan, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 1217, n. 45; 17 C. J. p. 202, n. 76.
Riot, 34 Cyc. p. 1786, n. 3.

---

### · 17917.   BRADFORD *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
> DECIDED APRIL 12, 1927.

Burglary; from Wilkes superior court—Judge Perryman.   December 16, 1926.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

---

Burglary, 9 C. J. p. 1075, n. 13.
Criminal Law, 16 C. J. p. 1180, n. 74; p. 1217, n. 45.